## Commonwealth ex rel. Parsons *v.* Gayton, Appellant.

756

Argued December 6, 1971. *William L. Kinsley,* with him *Davis & Casper,* for appellant; *Deborah E. Glass,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.